## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ESMERALDA RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. _____ |
| vs. | ) | |
| | ) | |
| METLIFE INSURANCE COMPANY, | ) | (Oklahoma County Case No. <u>CJ-2015-2747</u>) |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S NOTICE OF REMOVAL

Defendant, Metropolitan Life Insurance Company ("MetLife"), incorrectly named as MetLife Insurance Company, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and 5 U.S.C. § 8715, hereby removes this action from the District Court of Oklahoma County, Oklahoma, where it was filed as Case No. CJ-2015-2747, to the United States District Court for the Western District of Oklahoma.  As the grounds for removal, MetLife states as follows:

1.     On May 12, 2015, Plaintiff filed a Petition in the District Court of Oklahoma County, State of Oklahoma, against MetLife.  The case was assigned Case No. CJ-2015-2747 (the "State Court Action").

2.     The civil summons and the Petition in the State Court Action were served on MetLife on or about May 13, 2015, via service through agent CT Corporation.  A true and correct copy of the Petition and Summons as received by MetLife are attached hereto as Exhibits 1 and 2, respectively.

3.     MetLife has not yet filed an answer in the State Court Action.  In filing this Notice of Removal, MetLife does not waive any defense or counterclaim that may be available.

4.     This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 5 U.S.C. § 8715, and it may be removed without regard to the citizenship of the parties

pursuant to 28 U.S.C. § 1441, in that the Petition asserts claims under the Federal Employee Group Life Insurance Program, 5 U.S.C. § 8701, *et seq.* (See Pet. at ¶¶ 4, 7-12.)

5. Removal of this action from the District Court of Oklahoma County, State of Oklahoma, to this Court is therefore proper under 28 U.S.C. § 1441, because this Court would have had original jurisdiction of the action under 28 U.S.C. § 1331 and 5 U.S.C. § 8715 had the action been initially filed in this Court, as shown on the face of the Petition.

6. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty (30) days of MetLife's receipt of the Petition and within one (1) year of the commencement of the action.

7. Written notice of filing of this Notice of Removal will be given to Plaintiff, by and through her counsel of record in the State Court Action. Also, as required by 28 U.S.C. § 1446(d), a copy of this Notice will be filed with the Clerk of the District Court of Oklahoma County, State of Oklahoma, the court in which the State Court Action was filed.

8. All papers served on MetLife in the State Court Action at the time of this removal, consisting of the Petition and the civil summons, are attached as Exhibits 1 and 2, pursuant to 28 U.S.C. § 1446(a) and LCvR 81.2(a). Pursuant to LCvR 81.2(a), a true and correct copy of the docket sheet in the State Court Action, current through the date of this filing, is attached hereto as Exhibit 3. No motions are currently pending in the State Court Action.

WHEREFORE MetLife respectfully requests that the above referenced action now pending in the District Court of Oklahoma County, State of Oklahoma, be removed therefrom and proceed in this Court as an action duly removed from this day forward.

DATED: this 11th day of June, 2015.

Respectfully submitted,

Renée DeMoss, OBA No. 10779
GABLEGOTWALS
1100 ONEOK Plaza
100 W. 5th Street
Tulsa, OK  74103-4217
(918) 595-4800
(918) 595-4990 fax
*rdemoss@gablelaw.com*

**Attorneys for Defendant Metropolitan
Life Insurance Company**

## CERTIFICATE OF MAILING

I do hereby certify that on the 11th day of June, 2015, a true, correct and exact copy of the above and foregoing document was served by placing same in the United States mail, with proper postage thereon duly prepaid, to those parties as listed below:

Ronald "Skip" Kelly
205 NW 63rd, Suite 150
Oklahoma City, OK  73116
*kellyron01@yahoo.com*

Renée DeMoss